The Hon. Robert S. Lasnik

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| NANCY W. MILLARD and JAY R. MILLARD, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC., a foreign corporation, and TOTAL CLEANING SOLUTIONS, a foreign corporation,<br><br>Defendants. | Case No.: 2:20-cv-00325-RSL<br><br>STIPULATION AND AGREED ORDER PERMITTING FILING OF AMENDED COMPLAINT AND REMANDING TO STATE COURT |

The above parties, through their undersigned counsel, hereby stipulate to entry of this Agreed Order permitting Plaintiffs to file an amended complaint adding a new party defendant and remanding the matter back to state court.

The newly identified defendant, TCS Management Services, LLC, is a Washington state limited liability company. Jurisdiction is no longer properly in the above-entitled court based on diversity claims pursuant to 28 U.S.C. § 1441(b)(2). Therefore, remanding back to state court (Snohomish County Superior Court) is proper.

STIPULATION AND ORDER PERMITTING
FILING OF AMENDED COMPLAINT- 1
Cause No. 2:20-cv-00325

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

**BREWE LAYMAN** P.S.
Attorneys at Law

By */s/ Kenneth E. Brewe*
Kenneth E. Brewe, WSBA 9220
Attorney for Plaintiffs

TURNER KUGLER LAW, PLLC

By   *s/ John T. Kugler*
John T. Kugler, WSBA # 19960
Attorney for Defendant Safeway

GILBERT LEVY BENNETT, PC

By   *s/ Bruce R. Gilbert*
Bruce R. Gilbert, WSBA # 25396
Attorney for Defendant Total Cleaning Solutions, Inc.

STIPULATION AND ORDER PERMITTING
FILING OF AMENDED COMPLAINT- 2
Cause No. 2:20-cv-00325

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

The Hon. Robert S. Lasnik

### ORDER

THIS MATTER having come on pursuant to the above stipulation of the parties to permit Plaintiffs to file an amended complaint and remanding back to state court, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs may file an Amended Complaint in the above-captioned matter.

2. This matter is remanded back to the Snohomish County Superior Court.

DONE IN OPEN COURT this 10th day of April, 2020.

*/s/ Robert S. Lasnik*
JUDGE: Robert S. Lasnik

Presented by:

**BREWE LAYMAN** P.S.
Attorneys at Law

By  */s/ Kenneth E. Brewe*
    Kenneth E. Brewe, WSBA 9220
    Attorney for Plaintiffs

Copy Received, Approved for Entry,
Notice of Presentation Waived:

TURNER KUGLER LAW, PLLC

By  */s/ John T. Kugler*
    John T. Kugler, WSBA # 19960
    Attorney for Defendant Safeway

STIPULATION AND ORDER PERMITTING
FILING OF AMENDED COMPLAINT- 3
Cause No. 2:20-cv-00325

**BREWE LAYMAN** P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com

The Hon. Robert S. Lasnik

Copy Received, Approved for Entry,
Notice of Presentation Waived:

GILBERT LEVY BENNETT, PC

By /s/ Bruce R. Gilbert
Bruce R. Gilbert, WSBA # 25396
Attorney for Defendant Total Cleaning Solutions, Inc.

STIPULATION AND ORDER PERMITTING
FILING OF AMENDED COMPLAINT- 4
Cause No. 2:20-cv-00325

BREWE LAYMAN P.S.
Attorneys at Law

P.O. Box 488
Everett, Washington 98206-0488
(425) 252-5167 Phone
(425) 252-9055 Fax
www.brewelaw.com